■ In the Matter of PETER K. TIMON, an Attorney — Motion granted only insofar as to extend the effective date of suspension to January 14, 1973. Concur — Stevens, P. J., McGivern, Markewich, Nunez and Kupferman, JJ.

## (December 14, 1972)

■ In the Matter of SPECIALIZED TRUCKING Co., Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.— Corrected cancellation order of respondent State Liquor Authority dated July 5, 1972, unanimously modified, on the law and as a matter of discretion, to reduce the sanction to bond forfeiture of $500 and suspension for 30 days to begin at expiration of the stay granted herein, and otherwise confirmed, without costs and without disbursements. We agree with and confirm respondent's findings. However, we find that cancellation is an unduly harsh penalty for the infraction proved. While petitioner was engaged in an illegal activity, it is clear that it was under the impression that it had successfully avoided the law. When petitioner realized that its activity violated the law, it immediately desisted. Under the circumstances we conclude that the suspension provided for is an appropriate sanction. Concur — Nunez, J. P., Murphy, McNally, Steuer and Capozzoli, JJ.

■ SCHOOL COLOR STUDIOS, INC., Respondent, v. FLORENCE SCHULMAN et al., Appellants.— Order, Supreme Court, New York County, entered October 11, 1972, so far as appealed from, unanimously reversed, on the law and the facts, and the motion for a preliminary injunction is denied, with costs and disbursements of this appeal to abide the event. While there is a restrictive covenant in the agreement, issues have been raised by defendant which demand clarification. On this record plaintiff has not established a clear right to the relief sought and granted. The parties can obtain an early trial, and are directed to proceed to trial during the January, 1973 Term, if not earlier, unless the plaintiff elects not to do so. If through fault of defendant the trial is delayed or postponed, plaintiff again may apply at Special Term upon a proper showing for the relief herein denied. Concur — Stevens, P. J., Markewich, Kupferman, Tilzer and Capozzoli, JJ.